# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER CUTRONA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>THE SCOULAR COMPANY, a Nebraska Corporation; and DOES 1 through 10, inclusive,<br><br>Defendant. | **Case No. ED CV 22-563-DMG (KKx)**<br><br>**ORDER RE JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE [26]** |

The parties having filed a Stipulation of Dismissal of Entire Action with Prejudice pursuant to Fed. R. Civ. P. 41(a)(A)(ii),

IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED:  May 23, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE